UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2980-AS | Date | May 29, 2026 |
|---|---|---|---|
| Title | Ara Boyadjian v. Jaguar Land Rover North America LLC | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On November 24, 2025, the Court issued an amended scheduling order which set a jury trial in this matter for June 23, 2026, and required, among other things, that the parties file a status report re settlement by April 7, 2026; that they file memoranda of contentions of fact and law, exhibit and witness lists, and motions of limine by May 12, 2026; and that they file a joint statement of the case, proposed voir dire, and joint lists of exhibits and witnesses by May 26, 2026. (See Dkt. No. 15). These deadlines, among others, have now passed with no action from the parties. Indeed, the parties have filed nothing in this case for over a year – since May 23, 2025, when they filed their Rule 26(f) report.

Accordingly, the parties are ORDERED TO SHOW CAUSE, in writing, by **June 5, 2026**, why this case should not be dismissed for lack of prosecution. Failure to timely respond to this Order may result in the dismissal of this action for lack of prosecution or additional sanctions without further notice.

The Court VACATES the pretrial conference set for Tuesday, June 2, 2026. (See Dkt. No. 15).

**IT IS SO ORDERED.**